**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, | No. C-12-05197-DMR |
| Plaintiff, | **ORDER TO SUBMIT JOINT STATUS REPORT** |
| v. | |
| PARKSIDE LENDING, LLC, | |
| Defendant. | |

The parties shall file a joint status report regarding the settlement of this matter **by no later than August 30, 2013.**

IT IS SO ORDERED.

Dated: 7/30/13

DONNA M. RYU
United States Magistrate Judge