1  Rachel M. Dollar, CSB 199977
   rdollar@smithdollar.com
2  Richard R. Sutherland, CSB 240858
   rsutherland@smithdollar.com
3  SMITH DOLLAR PC
   Attorneys at Law
4  404 Mendocino Avenue, Second Floor
   Santa Rosa, California 95401
5  Telephone: (707) 522-1100
   Facsimile: (707) 522-1101
6
   Attorneys for Plaintiff
7  JPMorgan Chase Bank, N.A.

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  JPMorgan Chase Bank, National Association, a National Banking Association, | CASE NO.: C 12-05197 DMR |
| 11 | **STIPULATION TO RETAIN JURISDICTION OVER ACTION AND ENFORCEMENT OF SETTLEMENT AGREEMENT** |
| 12  Plaintiff, v. | |
| 13  Parkside Lending, LLC fka Atlas Mortgage Lending, LLC a California limited liability company | Mag. Judge: Honorable Donna M. Ryu |
| 15  Defendant. | Complaint Filed: October 5, 2012<br>Trial Date: April 28, 2014 |

16    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

17    PLEASE TAKE NOTICE that Plaintiff JPMorgan Chase Bank, N.A. ("JPMCB") and

18 Defendant Parkside Lending, LLC ("Parkside"; with JPMCB the "Parties") have entered into a

19 written conditional settlement (the "Settlement Agreement"), the terms of which will be complied

20 with over an extended period of time, concluding in April 2015. Dismissal of this matter is

21 contingent on the satisfactory completion of the following conditional settlement terms:

22    1. Parkside must make certain payments to JPMCB by certain dates as agreed upon by
23       the Parties in the Settlement Agreement; and

24    2. That in the event Parkside defaults on its payment obligations as agreed to in the
25       Settlement Agreement and fails to cure pursuant to the terms of the Settlement
26       Agreement, and after JPMCB provides the requisite notice required under the
27       Settlement Agreement to Parkside, JPMCB will have the right to enter the
28       Stipulation for Entry of Judgment executed by the Parties.



314004                                - 1 -
                STIPULATION TO RETAIN JURISDICTION

1     The Parties have agreed that, in the event Parkside defaults in its performance under the Settlement Agreement, and after certain notices required thereunder, and as more specifically set forth in the Settlement Agreement, are provided, Judgment may be entered against Parkside by the Court pursuant to the Stipulated Judgment executed by the Parties, and the terms of the Settlement Agreement.

## RECITALS

A. WHEREAS, on about October 9, 2012 JPMCB filed a Complaint against Parkside in the United States District Court, Northern District of California;

B. WHEREAS, this Court had subject matter jurisdiction over this action because the Parties were citizens of different states and the amount in controversy exceeded $75,000.00;

C. WHEREAS, the Parties have settled the matter according to the terms of the Settlement Agreement;

D. WHEREAS, the Parties request that this Court expressly retain jurisdiction to enforce the Settlement Agreement until about April 2015 and, in the event Parkside fails to timely make a payment pursuant to the terms of the Settlement Agreement, allow for JPMCB to provide notice of said default and opportunity to cure and, pursuant to the Settlement Agreement, enter the Stipulated Judgment as Final Judgment in favor of JPMCB, or until a dismissal of this action is otherwise filed, whichever occurs first;

E. WHEREAS, a Stipulation of Dismissal with Prejudice shall be filed within ten (10) days of JPMCB's receipt of the full and final payment from Parkside pursuant to the terms of the Settlement Agreement, but no later than April 1, 2015; and

F. WHEREAS, the Parties aver and represent that this Court's subject matter jurisdiction will remain undisturbed during the pendency of its enforcement of the Settlement Agreement, whether by completion of the terms and dismissal is entered or by entry of the Stipulated Judgment.

## STIPULATION

The Parties to the above-captioned action, based on the Recitals above, by and through their respective counsel, hereby stipulate and agree to the following:



1. That the Court vacate all currently scheduled case management dates:
   a. Pretrial Conference: April 3, 2014; and
   b. Jury Trial: April 28, 2014.
2. That the Court, as stated and stipulated to in the foregoing Recitals, expressly retain jurisdiction over enforcement of the Settlement Agreement until about April 2015, in the event Parkside fails to timely make a payment pursuant to the terms of the Settlement Agreement, allow for JPMCB to provide notice of said default and opportunity to cure and, pursuant to the Settlement Agreement, enter the Stipulated Judgment as Final Judgment in favor of JPMCB; or
3. A Stipulation of Dismissal with Prejudice shall be filed within ten (10) days of JPMCB's receipt of the full and final payment from Parkside pursuant to the terms of the Settlement Agreement, but in any event no later than April 1, 2015.

IT IS SO STIPULATED.

Dated: August 28, 2013

SMITH DOLLAR PC

/s/Richard R. Sutherland

By _____
Rachel M. Dollar
Richard R. Sutherland
Attorneys for JPMorgan Chase Bank, N.A.

Dated: August 28, 2013

MEDLIN & HARGRAVE

/s/Joshua A. Rosenthal

By _____
Joshua A. Rosenthal
Attorneys for Defendant
Parkside Lending, LLC fka Atlas Mortgage Lending, LLC



```
 1  Rachel M. Dollar, CSB 199977
    rdollar@smithdollar.com
 2  Richard R. Sutherland, CSB 240858
    rsutherland@smithdollar.com
 3  SMITH DOLLAR PC
    Attorneys at Law
 4  404 Mendocino Avenue, Second Floor
    Santa Rosa, California 95401
 5  Telephone: (707) 522-1100
    Facsimile: (707) 522-1101
 6
    Attorneys for Plaintiff
 7  JPMorgan Chase Bank, N.A.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JPMorgan Chase Bank, National Association, a National Banking Association,<br><br>  Plaintiff,<br>v.<br><br>Parkside Lending, LLC fka Atlas Mortgage Lending, LLC a California limited liability company<br><br>  Defendant. | CASE NO.: C 12-05197 DMR<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO RETAIN JURISDICTION OVER ACTION AND ENFORCEMENT OF SETTLEMENT AGREEMENT<br><br>Mag. Judge: Honorable Donna M. Ryu<br><br>Complaint Filed: October 5, 2012<br>Trial Date: April 28, 2014 |
|---|---|

In light of the conditional settlement between JPMorgan Chase Bank, N.A. and Parkside Lending, LLC (together, the "Parties"), IT IS HEREBY ORDERED that all of the following case management dates are vacated:

    1. Pretrial Conference: April 3, 2014; and

    2. Jury Trial: April 28, 2014.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction, pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and the inherent authority of the Court to enforce its orders, over this action to enforce the settlement between the Parties, and this Order shall not prejudice any party to this action, and that this action be removed from this Court's active calendar until further application by the Parties or Order of this Court.

IT IS FURTHER ORDERED that, upon completion of the terms of the settlement between the Parties, the Parties shall cause to be filed a Stipulation of Dismissal with Prejudice within ten



321305

- 1 -

[~~PROPOSED~~] ORDER

1  (10) days of Plaintiff JPMorgan Chase Bank, N.A.'s receipt of the full and final payment from
2  Parkside pursuant to the terms of the Parties' settlement, but in no event later than April 1, 2015.
3
4  IT IS SO ORDERED.
5
6  Dated: August 29, 2013
7                                     Hon. Donna M. Ryu
                                   United States Magistrate Judge

