**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  JPMORGAN CHASE BANK,                    No. C-12-05197 DMR

12            Plaintiff(s),          **ORDER DISMISSING CASE**

13       v.

14  PARKSIDE LENDING LLC,

15            Defendant(s).
                                           /
16

17       The court orders the administrative closure of this case.  A party may reopen the case for

18  enforcement of the settlement agreement.

19

20       IT IS SO ORDERED.

21

22  Dated:  December 17, 2013

23                                    _____
                                      DONNA M. RYU
24                                    United States Magistrate Judge

25

26

27

28